In the Matter of the Final Accounting of ANGEL J. SIMPSON, as Assignee of the EMPIRE STATE KNITTING COMPANY for the Benefit of Creditors, et al., Respondents; ALBERT IVINS CROLL et al., Appellants.

*Matter of Simpson*, 36 App. Div. 562, affirmed; *Matter of Simpson*, 33 App. Div. 636, appeal dismissed.
(Argued February 28, 1899; decided March 24, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, dated January 11, and entered January 18, 1899, affirming an order of Special Term confirming the report of a referee to take and state accounts of an assignee for benefit of creditors.

Also appeal from an intermediate order of the same Appellate Division, dated September 13, 1898, affirming an order of Special Term denying a motion to remove the referee.

*Benno Loewy* and *S. W. Jackson* for appellants.

*Benjamin N. Cardozo, A. J. Simpson* and *Zeb A. Dyer* for respondents.

Order of the Appellate Division dated January 11, 1899, affirmed, with costs, and the appeal from the order of the Appellate Division dated September 13, 1898, dismissed. No opinion.

All concur.